844 A.2d 1227

**HOME BUILDERS ASSOCIATION OF CHESTER
and Delaware Counties, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVI-
RONMENTAL PROTECTION, David E. Hess, Secretary of
Environmental Protection, James Newbold, P.E., Regional
Manager, Water Management and Martha E. Blasberg, Super-
visory Counsel, Appellees.**

Supreme Court of Pennsylvania.

March 22, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of March, 2004, the order of the Commonwealth Court is **AFFIRMED.** Appellant's Application for Oral Argument is DENIED.

Mr. Justice NIGRO dissents and would grant oral argument.